923 F.2d 847
 Berry (Jagdish P., Virendra, Surendra K.), Berry Associates,
Inc., A.J., Inc.
v.
Ahmad (Sohail), Garlitz (John E.), Govil (Akhil K.), Kumar
(Vijay), Mahal (Baljeet S.), Mehrotra (P.P.), Sandhir
(S.L.), Sighu (Harjit S.), Zaman (Qumar Ul), Idress
(Mohammed), Nava (Samuel N.), Villanueva (Romulo), Dale (William P.)
 NO. 90-3005
 United States Court of Appeals,
Fourth Circuit.
 JAN 25, 1991
 
 1
 Appeal From: E.D.Va.
 
 
 2
 REMANDED.